UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Greg Voigt,

    Plaintiff,    Civil No. 10-2286 (RHK/RLE)

vs.    **ORDER**

J.C. Christensen & Associates, Inc., et al.,

    Defendants.

---

  This matter is venued in the Sixth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: June 8, 2010

          s/Richard H. Kyle
         RICHARD H. KYLE
         United States District Judge