# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Greg Voigt,  Civil No. 10-2286 (RHK/RLE)

    Plaintiff,  **ORDER**

vs.

J.C. Christensen & Associates, Inc. and
Jane Doe,

    Defendants.

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 28, 2010

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge